| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Jamco Services LLC |
| United States Bankruptcy Court for the: | Western District of Texas (State) |
| Case number (If known): | 20-70142 |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Capital Bank<br>310 W Wall Street, Suite 100<br>Midland, TX 79701 | Brock Fitch<br>432-687-9154<br>bfitch@fcbtexas.com | Bank Loan - Payroll Protection Program | | | | 772,000.00 |
| 2 | Raven Industries, Inc.<br>205 E 6th St.<br>Sioux Falls, SD 57104 | Elizabeth Ebert<br>605-336-2750<br>elizabeth.ebert@ravenind.com | Trade debts | | | | 307,159.37 |
| 3 | Game Equipment Services<br>3709 S CR 1184<br>Midland, TX 79706 | Jimmy Vines<br>432-634-8085<br>j-vines@sbcglobal.net | Trade Debts | | | | 260,837.42 |
| 4 | Worldwide Rental Services<br>PO Box 172363<br>Denver, CO 80217-2363 | Mike Shero<br>505-897-5929<br>mshero@wwmach.com | Trade Debts | | | | 214,327.94 |
| 5 | Cactus Fuel LLC<br>PO Box 677924<br>Dallas, TX 75267-7924 | Kayla Valencia<br>432-741-1514<br>kayla.valencia@pilotthomas.com | Trade Debts | | | | 185,281.20 |
| 6 | Permian Lodging LLC<br>1 Flagg Place<br>Lafayette, LA 70508 | Kyle Lizotte<br>337-706-7663<br>klizotte@permianlodging.com | Trade Debts | | | | 181,972.74 |
| 7 | R.O. Pomroy Equipment Rental Inc<br>PO Box 1683<br>Odessa, TX 79760 | | Trade Debts | | | | $110,000.00 |
| 8 | Toro C Services LLC<br>PO Box 2708<br>Odessa, TX 79760 | Rafael Carlon<br>432-334-8676<br>rafaelcarlon@torocservices.com | Trade Debts | | | | $108,720.00 |

Debtor: Jamco Services, LLC

Case number (if known): _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Hoelscher Crushed Stone<br>1150 CR 50<br>Garden City, TX 79739 | | Trade Debts | | | | 127,466.19 |
| 10 | Industrial Oils Inc<br>PO Box 1762<br>Midland, TX 79702-1762 | | Trade Debts | | | | 77,454.87 |
| 11 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 17101-7346 | | Deferred Payroll Liabilities | | | | 74130.52 |
| 12 | Western I&J Trucking LLC<br>1817 1/2 E 21st<br>Clovis, NM 88101 | Inez Valdez<br>575-760-4965<br>western.i.j.trucking@gmail.com | Trade Debts | | | | 63,937.50 |
| 13 | Novak Diesel Service, LLC<br>PO BOX 260775<br>Corpus Christi, TX 78426 | Scott Novak<br>361-242-9575<br>scott@novakdiesel.com | Trade Debts | | | | 36,253.15 |
| 14 | Inland Tarp & Liner LLC<br>4172 N Frontage RD E<br>Moseslake, WA 98837 | Matt Purcell<br>509-766-7024<br>mattp@inlandtarp.com | Trade Debts | | | | 55,516.85 |
| 15 | Equipment Share<br>PO Box 2214<br>Decatur, AL 35609-2214 | Brooke Shepherd<br>573-890-0026<br>Brooke.shepherd@equipmentshare.com | Trade Debts | | | | 32,387.85 |
| 16 | Crude State Energy LLC<br>115 N Cedar St<br>Pecos, TX 79772 | Bianca Mendoza<br>432-445-6712<br>ar@crudestateenergyservices.com | Trade Debts | | | | 46,680.00 |
| 17 | Libertas Funding<br>382 Greenwich Avenue Suite 2<br>Second Floor<br>Greenwich, CT 06380 | Randy Saluck<br>203-520-3840<br>randy.saluck@libertasfunding.com | Bank Loan | | | | 46,130.11 |
| 18 | Tubb Quarry<br>P.O. BOX 909<br>Big Spring, TX 79721 | Marcie Eubanks<br>432-661-8998<br>tubbquarry@gmail.com | Trade Debts | | | | 45,884.18 |
| 19 | Garcia Trucking<br>7100 Air Line Dr Unit 30058<br>Midland, TX 79712 | Alfredo Garcia<br>432-208-2237<br>amberjames@wtxlaw.com | Trade Debts | | | | 32,347.00 |
| 20 | Optimus Trucking<br>PO Box 2461<br>Odessa, TX 79760 | Joel Sotelo<br>432-661-1516<br>optimustrucking@gmail.com | Trade Debts | | | | 36,325.00 |