3a Trucking  
Hector's Trucking Inc  
2322 W 3rd St  
Monahans, TX 79756

A&A Energy Services, LLC  
705 Melton Alley  
Midland, TX 79705

Abraham Rodriguez  
7015 W 10th St  
Odessa, TX 79763

Abri Transportation Services, LLC  
C/O Advantage Business Capital, Inc  
Po Box 4283, Dept 53  
Houston, TX 77210-4283

AFLAC  
1932 Wynnton Rd.  
Columbus, GA 31999

Aldo's Service Truck LLC  
Aldo's Service Truck LLC  
7404 N Butler Dr  
Hobbs, NM 88242

Allied Eagle Transports  
Po Box 60593  
Midland, TX 79711

Amanda Blissard  
Anderson Water Station  
18502 Gail Hwy  
Big Spring, TX 79720

Ameripride Services
P.O. Box 695
Bemidji, MN 56619-0695


AN Trucking, LLC
2095 N Clendenen Ave
Odessa, TX 79763


Antonio Guerrero-Preciado
116 W. 10th Street
Crane, TX 79731


Aries Building Systems
2900 S Quincy Street, Suite 425
Arlington, VA 22206


Arturo Lujan
2903 Northtown Pl
Midland, TX 79705


Autozone
P.O. Box 116067
Atlanta, GA 30368


B & W Chemical Toilets, Inc
4500 South State Hwy 349
Midland, TX 79706


Basin Care
1816 N. Midland Dr
Midland, TX 79707


Basin Safety Services, Inc.
P.O. Box 62007
Midland, TX 79711

Beard Equipment CO. Inc
P.O. Box 80147
Midland, TX 79708


Big Boy Transportation, LLC.
C/O Advantage Business Capital, Inc.
Po Box 4283 Dept. 53
Houston, TX 77210-4283


Briarwood Clinic, LLC
2410 N Fowler Street
Hobbs, NM 88240


Builders & Homeowners Supply, Inc
1701 West Industrial Ave
Midland, TX 79701


C&D Sandblasting LLC
2606 W County Rd 114
Midland, TX 79706


Cactus Fuel, LLC
P.O. Box 677924
Dallas, TX 75267-7924


Carlos Arenas
10817 Sunstone St.
El Paso, TX 79924


Caterpillar Financial Services
Po Box 730681
Dallas, TX 75373-0681


Cesareo Saenz
Dog Trucking LLC
P. O. Box 1893
Lovington, NM 88260

CGG Trucking, LLC
300 Lincoln
Pecos, TX 79772


Chance Properties CO
Po Box 1221
Kermit, TX 79745


Chevy Trucking
Po Box 825
Coahoma, TX 79511


Christopher Fuentes
5201 Ellen Jayne Way
Midland, TX 79707


Christopher Hopkins
6500 Eastridge Rd., Apt. 190
Odessa, TX 79762


Citizens State Bank
111 Robinson St
Miles, TX 76861


Commercial Credit Group
2135 City Gate Lane, Suite 440
Naperville, Il 60563


Crude State Energy, LLC
115 N. Cedar St
Pecos, TX 79772


Daniel Subia
905 Gehrig Ave
Midland, TX 79706

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602


DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Driven Services, LLC
2071 Davis Rd
Lipan, TX 76462


Dufrane Construction, LLC.
C/O National Bank of Andrews
Po Box 329
Andrews, TX 79714


Equify Financial, LLC
777 Main Street, Suite 3900
Fort Worth, TX 76102


Equipmentshare.Com
Po Box 2214
Decatur, AL 35609-2214


Ever Villalobos Dba Isaac's Trucking
6006 E Cr 84
Midland, TX 79706


First Capital Bank
310 W. Wall Street, Suite 100
Midland, TX 79701


G & M Trucking
Gregorio Andrade
Po Box 1426
Odessa, TX 79760

Game Equipment Services
3709 S Cr 1184
Midland, TX 79706


Garcia Trucking
Alfredo Garcia
7100 Air Line Dr Unit #30058
Midland, TX 79712


GCR Rentals
Po Box 1742
Midland, TX 79702


Guardian
P.O. Box 677458
Dallas, TX 75267


Hard Rock Trucking, LLC
Triumph Business Capital
Po Box 610028
Dallas, TX 75261-0028


Harem Smallwood
110 Pavilion Pkwy, Apt. 1407
Midland, TX 79705


Health Care Service Corporation
PO Box 731428
Dallas, TX 75373-1428


Highway 350 Fresh Water Sales
Po Box 43
Tioga, TX 76271


Hitachi Capital
7808 Creekridge Circle, Ste 250
Edina, MN 55439

Hoelscher Crushed Stone
1150 Cr 150
Garden City, TX 79739


Hoelscher Crushed Stone
c/o French Benton, PLLC
415 W. Wall St., Suite 1240
Midland, Texas 79701


Industrial Oils Inc
Po Box 1762
Midland, TX 79702-1762


Industrial Oils Inc
c/o French Benton, PLLC
415 W. Wall St., Suite 1240
Midland, Texas 79701


Inland Tarp & Liner, LLC
4172 N. Frontage Rd. E
Moses Lake, WA 98837


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223


Iron Guard Housing
5 Legacy Drive
Goldendale, WA 98620


Ironwood Business Consulting
16955 Walden Road, Suite 118
Montgomery, TX 77356

J. Tarin Trucking, LLC
411 W Temple
Hobbs, NM 88240


J.E.L. Trucking Services LLC
12613 W Farice Dr
Odessa, TX 79764


Jacob Almodova
901 Keystone Ct
Midland, TX 79705


Javier Almodova
3605 W Cr 145
Midland, TX 79706


Jesus Garcia
905 S. McElroy
Crane, TX 79731


Jesus Lopez
P.O. Box 5216
Eagle Pass, TX 78852


Jetliner
2114 E. Murphy Street
Odessa, TX 79761


Joseph Villarreal
4717 Preston Drive
Midland, TX 79707


Jurado Trucking
C/O Flash Funding, LLC
Po Box 4745
Houston, TX 77210

K&F Equipment LLC
Po Box 4551
Midland, TX 79704


Kobelco Financial Services
P.O. Box 105743
Atlanta, GA 30348-5743


Kobelco Financial Services
Wells Fargo Vendor Financial Services, LLC
5000 Riverside Drive, Suite 300 East
Irving, TX 75039


KYS Trucking LLC
107 W Castle Ave
Hobbs, NM 88240


Laso Trucking LLC
Luis A Saenz
708 N Roselawn Ave
Artesia, NM 88210


Laura Sawyers
7650 Tres Hermanas Blvd., Apt. K102
Odessa, TX 79765


Le Trucking
7919 W Cr 116
Midland, TX 79706


Libertas Funding
382 Greenwich Avenue Suite 2 Second Floor
Greenwich, CT 06380


Lubbock Grader Blade, Inc
2416 Marshall St
Lubbock, TX 79415

M. Mata Trucking
Po Box 1263
Hobbs, NM 88241-1263


Mazon Associates Inc.
800 West Airport Freeway, Suite 900
Irving, TX 75062


McCoy's Building Supply
P.O. Box 1362
San Marcos, TX 78666-7130


Melva Almodova
4611 W. Cuthbert Ave
Midland, TX 79703


Midland Central Appraisal District
Attn Tina Patterson
Po Box 908002
Midland, TX 79708-0002


Midland Rockhounds
5514 Champions Dr.
Midland, TX 79706


Nahely Gilmer
4808 FM 1213
Midland, TX 79706


No Bull Services LLC
Po Box 2708
Odessa, TX 79760


Novak Diesel Service, LLC
C/O Nationwide Capital Funding, Inc
Po Box 260775
Corpus Christi, TX 78426

Omar Venegas
Dba Xander Services, LLC
3605 S Cr 1187
Midland, TX 79706


Optimus Trucking
Po Box 2461
Odessa, TX 79760


Ortega Trucking
200 W Ave Q
Lovington, NM 88260


Patron Poly Services
6308 S CR 1270
Midland, TX 79706


Permian H2o Solutions LLC.
P.O. Box 52095
Midland, TX 79710


Permian Lodging, LLC
1 Flagg Place
Lafayette, La 70508

Platina Family Holdings
3605 W CR 145
Midland, TX 79706


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


R E Janes Gravel CO
4021 84th Street, Ste 200
Lubbock, TX 79423

R. C. And Sons LLC
6124 W Texas NM
Humble City, NM 88242


R.O. Pomroy Equipment Rental, Inc
Roper, Inc.
Po Box 1683
Odessa, TX 79760


R.O. Pomroy Equipment Rental, Inc
Roper, Inc.
c/o Todd, Barron, Thomason, Rudman & Bebout, P.C.
3800 E. 42" Street, Suite 409
Odessa, Texas 79762


Raul Alvarado Dba R.J.O. Trucking, LLC
419 W Skelly St
Hobbs, NM 88240


Raul H Gutierrez
Dba Lone Ranger Trucking, LLC
829 W Harrison
Lovington, NM 88260


Raven Industries, Inc
Attn: Tanya Satter
205 E 6th St.
Sioux Falls, SD 57104


Re-Gen Enterprise LLC
6700 N Linder Rd, Ste 156, #290
Merdian, ID 86646


Republic Services, Inc.
P.O. Box 78829
Phoenix, AZ 85062

RHI Tech Services, LLC
C/O Goodman Factors
Po Box 29647
Dallas, TX 75229-9647


Rigoberto Caldera
Po Box 3412
Midland, TX 79702


Roadmaster Drivers School
11300 4th Street North, Suite 200
St Petersburg, FL 33716


Rocha's Trucking C/O Sierra Finance
6080 Surety Drive, Ste 101
El Paso, TX 79905


Rodolfo Cisneros
Rs Trucking LLC
3810 N Fowler St
Hobbs, NM 88240


Ruth Baeza
3110 Thomas Ave
Midland, TX 79701


Samuel Ornelas
4714 Cindy Pl
Midland, TX 79707


Small Business Administration
409 3rd St, SW
Washington, Dc 20416


Solar Water Station
Po Box 568
Pecos, TX 79772

State of New Mexico Taxation and Revenue Dept.
P.O. Box 25128
Santa Fe, NM 87504


Superior Performance Inc.
122 Youngsville Hwy
Lafayette, LA 70508


Tellus Consulting, LLC
Po Box 53136
Midland, TX 79710


Tetra Technologies-Swiftwater Energy
Po Box 841185
Dallas, TX 75284-1185


Texas Comptroller of Public Accounts
111 East 17th Street
Austin, TX 78774


Tifco Industries
P.O. Box 40277
Houston, TX 77240-0277


T-K-O Equipment CO
Po Box 153389
Irving, TX 75015


Tony's Trucking LLC
375 Choctaw Road
Hagerman, NM 88232


Toro C Services, LLC
Po Box 2708
Odessa, TX 79760

Tubb Quarry
P.O. Box 909
Big Spring, TX 79721


Tumbleweed Trucking, Inc.
Po Box 397
Coahoma, TX 79511


Turn It Right Services, LLC
Po Box 9850
Midland, TX 79708


TZC Services, LLC
Po Box 161585
Austin, TX 78716


U.S. Chaparral Water Systems, Inc
P.O. Box 80249
Midland, TX 79708-0249


Vermeer
6117 East I-20
Midland, TX 79706


Walter D Shonk
D & E Trucking CO
1311 Virginia Ave
Big Spring, TX 79720


Warren Power
Po Box 60662
Midland, TX 79711


Weaver and Tidwell, LLP
2821 W 7th St, Ste 700
Fort Worth, TX 76107

Western I&J Trucking LLC
1817 1/2 E 21st
Clovis, NM 88101


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197


Wild West Trucking
215 W 2nd St #265
Pecos, TX 79772


Worldwide Rental Services
Po Box 172363
Denver, CO 80217-2363


Zeno Office Solutions
P.O. Box 660831
Dallas, TX 75266