# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In Re: § Case No. 20-70142
§
§
§ Chapter 11
Jamco Services, LLC d/b/a §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

_____      11/25/2020
Debtor                                Date

_____      _____
Joint Debtor                          Date